# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**JAMES P. WARD**                                                                                          **PLAINTIFF**

**v.**                        **Case No.  4:15-cv-00115 KGB**

**J.A. RIGGS TRACTOR COMPANY**                                                         **DEFENDANT**

## ORDER

Before the Court is the parties' joint motion to dismiss (Dkt. No. 42).  The motion is granted.  This action is dismissed with prejudice, with each party bearing its own costs.  All pending motions are denied as moot.

So ordered this the 22nd day of July, 2016.

*/s/ Kristine G. Baker*
Kristine G. Baker
United States District Judge